AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jonah Painter

*Plaintiff(s)*

v.

University of Kansas

*Defendant(s)*

Civil Action No. 2:16-cv-02258-JAR-GEB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chancellor
University of Kansas
Strong Hall, Room 230
1450 Jayhawk Blvd.
Lawrence, Kansas 66045-7535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron C. McKee
McKee Law, L.L.C.
222 South Cherry Street
Olathe, Kansas 66061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/24/2016

s/Mike Mott

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Chancellor, University of Kansas**
was received by me on *(date)* **06/27/2016**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Certified mail**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **06/30/2016**

_____
Server's signature

**Aaron C. McKee, Attorney**
Printed name and title

**222 South Cherry St., Olathe, Kansas 66061**
Server's address

Additional information regarding attempted service, etc:



USPS Certified Mail return receipt (PS Form 3811, April 2015) addressed to:

Chancellor
University of Kansas
Strong Hall, Room 230
1450 Jayhawk Blvd
Lawrence, Kansas 66045-7535

Article Number: 9590 9403 0435 5163 7899 52
Transfer from service label: 7014 0510 0002 3911 8648

Service Type: Certified Mail®
Received by (Printed Name): B. Coburn
Date of Delivery: 6/27/16

-02258-JAR-GEB   Document 7   Filed 06/30/16



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

McKee Law, L.L.C.
222 South Cherry Street
Olathe, Kansas 66061

ADDRESS SERVICE REQUESTED

USPS TRACKING#

9590 9403 0435 5163 7899 52