IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JONAH H. PAINTER )  | | |
| Plaintiff, ) | | |
| vs. ) | Case No. | 2:16-cv-02258 |
| UNIVERSITY OF KANSAS ) | | |
| Defendant. ) | | |

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Jonah H. Painter respectfully requests a 30 day extension of time, through and including Monday, August 15, 2016, to file his response to Defendant's Motion to Dismiss. In support of his motion, plaintiff states as follows:

1. Local Rule for the District of Kansas 6.1(d)(2) provides:

(d) Time for Filing of Responses and Replies. Unless the court orders otherwise, the following time periods apply to the filing of responses and replies. These time periods include the additional 3-day period allowed under Fed. R. Civ. P. 6(d) and, therefore, apply regardless of the method of service.

\* \* \*

(2) Dispositive motions. ***Responses to motions to dismiss***, motions for summary judgement, motions to remand, or motions for judgement on the pleadings must be filed and served ***within 21 days***. Replies must be filed and served within 14 days of the service of the response. (Emphasis added).

2. On or about June 23, 2016, defendant filed its Motion to Dismiss. Without the agreed upon extension, plaintiff's deadline to respond is July 14, 2016. This deadline has not passed.

3. Defendant has agreed to provide plaintiff with a 30 day extension of time to respond to defendant's motion to dismiss, in large part, because plaintiff is waiting for the Department of Justice to issue his Right to Sue Letter regarding his Title VII claims.

4. This extension of time is not sought for any improper purpose or delay.

5. The plaintiff has neither requested nor been granted a prior extension of his deadline to respond to Defendant's Motion to Dismiss.

WHEREFORE plaintiff requests an extension of time of 30 days to file her response to Defendant's Motion to Dismiss, through and including, Monday, August 15, 2016, and for all other relief this Court deems just and proper.

Respectfully submitted,

/s/ Aaron C. McKee
Aaron C. McKee                                   KS# 20889
MCKEE LAW, L.L.C.
222 South Cherry Street
Olathe, Kansas 66061
Phone: (913) 768-6400
Facsimile: (913) 768-6420
aaronmckee@mckee-law.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on the 14th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Megan K. Walawender
University of Kansas
Associate General Counsel
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
megan.walawender@ku.edu
**ATTORNEYS FOR DEFENDANT**          /s/ Aaron C. McKee